UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| HEIDI A. TAITT and G. PAUL TAITT, <br><br> Plaintiffs, <br><br> vs. <br><br> Select Portfolio Servicing, Inc., <br><br> and <br><br> U.S. Bank National Association, individually and in its capacity as trustee for CIM Trust 2020-R3, Global Structured Finance – CIM Trust 2020-R3, and any other mortgage-backed securities trusts or associated entities that U.S. Bank claims, alleges, or has asserted are associated with the mortgage loan purportedly secured by Plaintiffs' property, for which it serves or has served as trustee, owner, servicer, or in any other fiduciary or contractual capacity, <br><br> Defendants. | Civil Action No.: 2:25-cv-00008-LEW <br><br><br> MOTION TO STRIKE PORTIONS OF DEFENDANTS' AMENDED DISCLOSURE STATEMENT |

## PLAINTIFFS' MOTION TO STRIKE PORTIONS OF DEFENDANTS' AMENDED DISCLOSURE STATEMENT UNDER RULE 12(F)

**NOW COME Plaintiffs**, Heidi A. Taitt and G. Paul Taitt, Pro Se, and respectfully move this Court to strike portions of Defendants' Amended Disclosure Statement (Document 7) pursuant to **Rule 12(f)** of the Federal Rules of Civil Procedure. Plaintiffs assert that the challenged statements are irrelevant to the issues presented in this case and may create confusion regarding its nature. This motion is filed under **Rule 12(f)** and the Court's inherent authority to ensure the accuracy and integrity of the record.

1

## GROUNDS FOR THE MOTION

**Clarification of the Nature of the Case**

1. • Defendants have described this case as a "foreclosure action" in certain filings, referencing terms such as "defaults," "balances owed," and specific mortgage book and page numbers. These references do not pertain to the claims presented in this matter, which involve allegations of fraud, misrepresentation, and related misconduct. Plaintiffs request that these references be clarified or removed to ensure the accurate characterization of this litigation.

2. • Plaintiffs initiated this action as a civil complaint alleging fraud, misrepresentation, and other related misconduct by the Defendants. No foreclosure proceedings have been initiated, sought, or are pending in this matter.

**Inclusion of Statements Not Relevant to the Claims**

3. • Although the Amended Disclosure Statement does not explicitly label this case as a foreclosure action, Defendants' previously filed Notice of Removal includes references to "amounts in dispute," alleged "defaults," and other foreclosure-related terms. These references are not relevant to the claims raised by Plaintiffs, which focus on allegations of fraud, misrepresentation, and related misconduct. Plaintiffs request that the record be clarified to reflect the actual scope and nature of this case.

4. • These references are not related to the claims presented in this case and may create confusion about the nature of the litigation by suggesting that it pertains to foreclosure proceedings. Plaintiffs will address any procedural and jurisdictional issues raised in Defendants' Notice of Removal in a separate filing, which will be submitted within the timeframe allowed under the Federal Rules of Civil Procedure.

**Clarification Regarding Representation**

5.      **Clarification of Legal Representation:** In their signature block, Defendants' counsel are identified as "Attorneys for Plaintiff." This appears to be an error, as Defendants' counsel represents the Defendants, while Plaintiffs are self-represented in this matter. Plaintiffs respectfully request correction of this misidentification to ensure accuracy in the record.

**Potential Procedural Concerns and Clarifications Required for Accuracy**

6.      **Procedural Concerns and Impact on Clarity:** The filings contain statements that may create confusion regarding the nature of this case. Specifically, certain references appear unrelated to the claims presented and could obscure the core issues, potentially impacting the clarity of the record and the efficient administration of justice.

## LEGAL STANDARD

7.      **Federal Rule of Civil Procedure 12(f)** provides that the Court may strike from a pleading "any redundant, immaterial, impertinent, or scandalous matter." Courts routinely exercise this power to remove statements that serve no purpose other than to confuse or prejudice the proceedings.

8.      The statements in Defendants' Notice of Removal regarding foreclosure, alleged defaults, and balances owed are entirely immaterial to the claims in this case and are misleading. While the Amended Disclosure Statement refrains from repeating these allegations, the Defendants' prior filings have already introduced these false characterizations into the record. These statements are irrelevant to the civil claims brought by Plaintiffs and serve no purpose other than to confuse the nature of the case before the Court. Accordingly, these portions must be stricken or clarified to ensure the Court and the record accurately reflect the true scope and nature of the Plaintiffs' claims.

This page intentionally left blank

## SPECIFIC RELIEF REQUESTED

9. Plaintiffs respectfully request that the Court strike the following portions of Defendants' filings, including but not limited to their Amended Disclosure Statement and related documents, to ensure the accurate characterization of this case:

10. **References to Foreclosure:** Any statements suggesting or implying that this case involves foreclosure proceedings, including but not limited to references to alleged "defaults," "balances owed," or other foreclosure-related claims.

11. Any citations to mortgage book and page numbers or similar recordings that are irrelevant to Plaintiffs' civil claims of fraud, misrepresentation, and related misconduct.

12. **Misidentification of Defendants' Counsel:** The erroneous identification of Defendants' counsel as "Attorneys for Plaintiff," which creates confusion and must be corrected to maintain clarity in the record.

13. **Mischaracterization of the Nature of the Case:** Any language or implications in Defendants' filings that inaccurately frame Plaintiffs' civil claims as foreclosure-related disputes, instead of the claims of fraud, misrepresentation, and other related misconduct that are at issue in this case.

14. Plaintiffs further request that the Court direct Defendants to refrain from introducing foreclosure-related language or references in any future filings, as such statements are wholly irrelevant, prejudicial, and misleading.

## CONCLUSION

15. For the foregoing reasons, Plaintiffs respectfully request that this Court strike the inappropriate and misleading portions of Defendants' Amended Disclosure Statement and order Defendants to refrain from further mischaracterizations of the nature of this case.

## JURISDICTIONAL DISCLAIMER

16. Plaintiffs reserve the right to review and challenge the jurisdiction of this Court if warranted. This Motion to Strike is submitted solely to address the improper and misleading statements in Defendants' filings and should not be construed as a concession or waiver of any jurisdictional objections.

**WHEREFORE, Plaintiffs request that this Court:**

1. Grant this Motion to Strike Portions of Defendants' Amended Disclosure Statement.

2. Direct Defendants to file a corrected disclosure statement that accurately reflects the nature of the claims in this case.

3. Grant any other relief the Court deems just and proper.

Respectfully Submitted,

/s/ Heidi A. Taitt
**Heidi A. Taitt, Pro Se Plaintiff**

/s/ G. Paul Taitt
**G. Paul Taitt, Pro Se Plaintiff**

Dated: January 22, 2025

**Mailing Address:**
55 Thompson Lane
Hartford, Maine 04220
Tel: 207-778-1969
Email: paultaittusa@gmail.com

CERTIFICATE OF SERVICE

We, Heidi A. Taitt and G. Paul Taitt, hereby certify that on 22nd day of January, 2025, a copy of the foregoing Motion to Strike Portions of Defendants' Amended Disclosure Statement was served upon all parties of record via the Court's electronic filing system. A copy will also be sent via mail to the legal representatives of the Defendants at the address below.

<u>/s/ Heidi A. Taitt</u>
Heidi A. Taitt, Pro Se Plaintiff

<u>/s/ G. Paul Taitt</u>
G. Paul Taitt, Pro Se Plaintiff

Dated: January 22, 2025

Copy to be sent to:
Reneau J. Longoria, Esq.
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303-C
Beverly, MA 01915

**VIA EMAIL AND CERTIFIED MAIL# 70220410000059181723**