UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| HEIDI A. TAIT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 2:25-cv-00008-LEW |
| | ) | |
| SELECT PORTFOLIO SERVINCING, INC., et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER SETTING SETTLEMENT CONFERENCE**

It is hereby ORDERED that this matter be set for a settlement conference to be held before U.S. Magistrate Judge Karen Frink Wolf. The settlement conference will be held remotely via videoconference, on February 20, 2025, commencing at 10:30 a.m.

It is <u>FURTHER</u> <u>ORDERED</u> that counsel appear by video conference with their clients and insurance representatives at such time and be fully authorized to accomplish settlement of the case and prepared to engage in effective settlement negotiations.

The parties shall each submit to Judge Wolf, **on or before February 13, 2025,** an <u>in camera</u> statement, <u>no more than five pages in length</u>, setting forth their respective settlement positions concerning all issues involved in the case, setting forth a detailed articulation of the rationale for such position. The parties shall also submit as part of the <u>in camera</u> statement a realistic estimate of anticipated

attorneys fees and costs in the event of trial to final judgment.  **The statements are not to be provided to the opposing side and shall be sent directly to Judge Wolf's chambers and not electronically filed with the Clerk. The statements may be sent via email to [MaineECFIntake@med.uscourts.gov](MaineECFIntake@med.uscourts.gov) or by U.S. mail to Office of U.S. Magistrate Judge, 156 Federal Street, Portland, ME  04101; or delivered in hand to the Clerk's Office at 156 Federal Street, Portland, Maine.**

                                                                                                        /s/ Karen Frink Wolf  
                                                                                                           U.S. Magistrate Judge

Dated this 3rd day of February, 2025.