# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **HEIDI A. TAITT AND G. PAUL TAITT** | CIVIL ACTION NO: 2:25-cv-00008-LEW |
| **Plaintiff,** | |
| vs. | |
| **SELECT PORTFOLIO SERVICING, INC.** | RE: <br> **55 Thompson Lane, Hartford, ME 04220** |
| And | |
| **U.S. BANK NATIONAL ASSOCIATION Individually and in its capacity as Trustee For CIM Trust 2020-R3, Global Structured Finance-CIM Trust 2020-R3 et. al.** | |
| **Defendants,** | |

## DEFENDANTS' MOTION FOR SUBSTITUTION OF DEFENDANT

NOW COMES the Defendants, Select Portfolio Servicing, Inc. ("SPS") and U.S. Bank National Association, Individually and in its capacity as Trustee For CIM Trust 2020-R3, Global Structured Finance-CIM Trust 2020-R3 ("U.S. Bank") both ("Defendants") by and through undersigned counsel, Doonan, Graves & Longoria LLC, and hereby MOVES this Court to substitute U.S. Bank Trust Company, National Association As Trustee, As Successor-In-Interest To U.S. Bank National Association, Not In Its Individual Capacity But Soley As Indenture Trustee, For The Holders Of The Cim Trust 2020-R3, Mortgage-Backed Notes Series 2020-R3 as Defendant in this action. As grounds therefor Defendants states the following:

1. On or about December 12, 2024, Plaintiffs, Heidi A. Taitt and G. Paul Taitt, filed a Complaint in this action against Select Portfolio Servicing, Inc. and U.S. Bank National

   Association Individually and In Its Capacity As Trustee For CIM Trust 2020-R3, Global Structured Finance-CIM Trust 2020-R3.

2. Although Plaintiffs named "U.S. Bank National Association Individually and In Its Capacity As Trustee For CIM Trust 2020-R3, Global Structured Finance-CIM Trust 2020-R3" as a Defendant, this entity was never an assignee of the subject mortgage.

3. The correct entity at the time Plaintiffs filed their Complaint to be named as a Defendant should have been U.S. Bank National Association, not in its Individual capacity, but Solely as Indenture Trustee, For the Holders of the CIM Trust 2020-R3, Mortgaged Backed Notes, Series 2020-R3, by virtue of a Quitclaim Assignment of Mortgage dated November 30, 2021, and recorded in the Oxford County Registry of Deeds in Book 5668, Page 309.  A true and correct copy of the Quitclaim Assignment of Mortgage is attached hereto as Exhibit A.

4. The Mortgage Deed was then assigned from U.S. Bank National Association, not in its Individual capacity, but Solely as Indenture Trustee, For the Holders of the CIM Trust 2020-R3, Mortgaged Backed Notes, Series 2020-R3 to U.S. Bank Trust Company, National Association As Trustee, As Successor-In-Interest To U.S. Bank National Association, Not In Its Individual Capacity But Soley As Indenture Trustee, For The Holders Of The Cim Trust 2020-R3, Mortgage-Backed Notes Series 2020-R3 by virtue of an Assignment of Mortgage dated March 5, 2025, and recorded in the Oxford County Registry of Deeds in Book 5860, Page 794.  A true and correct copy of the Assignment of Mortgage is attached hereto as Exhibit B.

5. Fed. R. Civ. P. 25 (c) specifically states that "if an interest is transferred, the action may be continued by or against the original party, unless the court upon motion directs the

person to whom the interest is transferred to be substituted in the action or joined with the original party."

WHEREFORE, the Defendants, respectfully request that U.S. Bank Trust Company, National Association as Trustee, as Successor-In-Interest To U.S. Bank National Association, Not In Its Individual Capacity But Soley As Indenture Trustee, For The Holders Of The Cim Trust 2020-R3, Mortgage-Backed Notes Series 2020-R3 be substituted as Defendant in this matter.

Respectfully Submitted,

Select Portfolio Servicing, Inc.

*and*

U.S. Bank National Association, Individually and in its capacity as Trustee For CIM Trust 2020-R3, Global Structured Finance-CIM Trust 2020-R3

By its attorney,

Dated: March 26, 2025

/s/ Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorney for Defendants
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
rjl@dgandl.com

## CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq., certify that a true copy of the Motion to Substitute was served upon the Plaintiffs in this action by electronic notification and/or mailing a true copy of the same, first class mail; postage prepaid, on March 26, 2025 to:

/s/ Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746

Heidi A. Taitt *pro se* &
G. Paul Taitt *pro se*
55 Thompson Lane
Hartford, ME 04220

3